1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RODERICK WASHINGTON,**         ) | 1:07-CV-1561-LJO WMW HC |
| )   | |
| Petitioner,                ) | **ORDER DISREGARDING** |
| )   | **OBJECTIONS** |
| vs.                       ) | |
| )   | [Doc. 6] |
| )   | |
| **PAROLE REGION III**            ) | |
| **HEADQUARTERS,**                ) | |
| )   | |
| Respondent.               ) | |
| )   | |
| )   | |
| _____ ) | |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On November 19, 2007, Petitioner filed "Objections to the Magistrate Judge's Findings and Recommendations."  No findings and recommendations have yet been entered in this case.  Accordingly, Petitioner's objections will be disregarded

by the court.

IT IS SO ORDERED.

**Dated:   November 28, 2007**            /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE