# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODERICK WASHINGTON,** ) | 1:07-CV-1561-LJO WMW HC |
| ) | |
| Petitioner, ) | **ORDER GRANTING** |
| ) | **EXTENSION OF TIME** |
| vs. ) | |
| ) | [Doc.14] |
| ) | |
| **PAROLE REGION III** ) | |
| **HEADQUARTERS,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 4, 2008, Petitioner filed a motion for an extension of time to file his opposition to Respondent's motion to dismiss. Petitioner's motion is HEREBY GRANTED and Petitioner is GRANTED thirty (30) days from the date of service of this order to file his objections.

IT IS SO ORDERED.

**Dated:    March 17, 2008                    /s/  William M. Wunderlich**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES MAGISTRATE JUDGE